UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI

Courtroom Minute Sheet – Criminal Case

Date: 08/15/2013    Judge: Honorable Thomas C. Mummert, III    Case No.: 4:13cr00318 JAR TCM

**UNITED STATES OF AMERICA v.** Joseph A. Weaver

Court Reporter: FTR    Deputy Clerk: C. Long

Assistant United States Attorney(s): Sayler Fleming

Attorney(s) for Defendant(s): Diane Dragan

Interpreter: ____    ☐ SEALED PROCEEDING

**Proceedings:**

☐ Initial Appearance   ☐ Supervised Release Rev.   ☐ Detention Hearing   ☐ Preliminary Revocation
☑ Arraignment                                       ☐ Bond Review          ☐ Probation
☐ Preliminary Examination                           ☐ Bond Execution/Appearance Bond   ☐ Supervised Release
☐ Motion Hearing                                    ☐ In Court Hrg (**WAIVER OF MOTIONS**)   ☐ Competency
   ☐ Evidentiary Hearing                            ☐ Change of Plea/Sentencing    ☐ Pretrial/Status Conference
   ☐ Oral Argument/Non Evidentiary Hearing          ☐ Rule 5(c)(3)Removal (Identity)   ☐ Material Witness

Additional Information: Defendant sworn. Defendant waives reading of indictment and enters a plea of not guilty. Request for additional time to investigate pretrial motions is made. The Court Grants additional time and makes Speedy Trial Finding on the record. Order on pretrial motions to issue.

☐ Oral Motion for appointment of counsel (GRANTED)   ☐ Defendant is advised of rights/indicates understanding of those rights.

☐ Bail/Bond set in the amount of: $ ____    ☐ Secured Appearance Bond    ☐ Secured by 10%
   ☐ Secured by cash **only**    ☐ Secured by property    ☐ Unsecured bond    ☐ O/R bond

☐ Government filed motion for pretrial detention. Detention hearing scheduled for ____ before ____

☐ Preliminary examination set for ____ before ____

☑ Defendant arraigned    ☑ Waives reading of indictment/information    ☐ Matter taken under advisement

☑ Plea entered  <u>not guilty</u>    Order on pretrial motions:    ☐ issued    ☑ to issue
   ☐ Oral Motion for Suppression    ☐ Written Motion for Extension of Time to File Pretrial Motions

☐ Defendant waives ____    ☐ order to issue    ☐ oral ruling

☐ Defendant waives evidentiary hearing    ☐ By leave of court withdraws all pretrial motions    ☐ No R&R will be forthcoming

Trial date/time ____ Before ____

☑ Remanded to custody    ☐ Released on bond

Next hearing date/time: 09/06/2013 @ 9:30 a.m.    Type of hearing: Evidentiary    Before: TCM
Proceeding commenced: 10:32 a.m.    Proceeding concluded: 10:33 a.m.    Continued to ____

☐ Based upon the evidence produced, the Court finds probable cause to believe the defendant violated the law set out in the criminal complaint.
☐ Based upon the evidence produced, the Court finds probable cause to believe the defendant violated the law set out in the instant petition.
☐ Based upon the waiver, the Court finds probable cause to believe the defendant violated the law set out in the instant petition.