Courtroom Minutes Sheet
## ARRAIGNMENT/PLEA/CHANGE OF PLEA PROCEEDINGS

Date __10/22/13__   Case No. __4:13cr318 JAR__
UNITED STATES vs. __Joseph Weaver__
Courtroom Deputy __L. Wooley__   Court Reporter __Lisa Paczkowski__
Interpreter _____
AUSA: __Sayler Fleming__
Defendant's Counsel: __Lucy Liggett__
Defendant's Age: _____   Education: __Some college__

**ARRAIGNMENT/PLEA:**
- ☐ Defendant waives assistance of counsel  ☐ Waiver filed
- ☐ Arraignment continued until _____ at _____ am/pm
- ☐ Defendant signs waiver of indictment/consents to proceed by information
- ☐ Criminal information filed  ☐ Superseding indictment/information filed
- ☐ Defendant waives reading of indictment/information
- ☐ Defendant arraigned
- ☐ Defendant enters plea of
   ☐ Guilty  ☐ Not Guilty to Count(s) _____ of the (superseding) indictment/information
   See below for next hearing date

**CHANGE OF PLEA:**
- ☑ By leave of Court, defendant withdraws former plea of not guilty and enters a plea of Guilty to Count(s) __1__ of the (superseding) indictment/information
- ☐ Stipulation of Facts relative to sentencing filed ☐ With ☐ Without Plea Agreement
- ☑ The Court
   ☑ adopts and approves  ☐ the Stipulation of Facts  ☑ Guilty Plea Agreement
   ☐ the adoption of  ☐ the Stipulation of Facts  ☐ Plea Agreement
- ☐ Stipulation of Facts/Plea Agreement filed under seal

- ☑ Sentencing set __1/23-14__ at __10:00__ am/**pm**
- ☐ Count(s) _____ held in abeyance until sentencing
- ☑ Probation Office notified by E-mail in courtroom at _____ am/pm

- ☑ Defendant is remanded to custody  ☐ Defendant is released on existing bond
  [If Δ was on bond and is remanded, change location code to "LC."]

_____
_____
_____

Defendant's attorney present at _____ am/pm
Proceedings commenced at __11:03 Am__ and concluded at __11:25 Am__